**Motion Granted; Dismissed and Memorandum Opinion filed February 23, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00007-CR**

_____

## EX PARTE ALAN LEE LINDSAY

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1330546**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 20, 2011, denying a pre-trial application for a writ of habeas corpus seeking a reduction in bond. On February 10, 2012, appellant filed a motion to dismiss the appeal as moot because the trial court reduced the bond and applicant has posted bond. We grant the motion.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).